C-13-15(ECF)
(Rev. 3/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Alice F. Lewis     SSN ###-##-8970     )     **MOTION**
                                                                              )     **CHAPTER 13**
                                                                              )
                                                                              )     No: B 09-81318 C-13D
       Debtor                                                                                     )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtor filed a Chapter 13 Petition on August 5, 2009. The Debtor's §341 meeting was scheduled for September 16, 2009. The Debtor failed to appear at the scheduled §341 meeting and has failed to make the scheduled Plan payment.

The Standing Trustee respectfully recommends to the Court that this case be dismissed prior to confirmation for failure to attend the scheduled §341 meeting and for nonpayment, and that such dismissal shall be **WITH PREJUDICE**, as to bar the Debtor from seeking relief under Chapter 13 by the filing of a Chapter 13 petition or otherwise seeking relief under Title 11 of the United States Bankruptcy Code for a **PERIOD OF 180 DAYS** from the date of the dismissal.

Date: September 21, 2009                                                 s/Richard M. Hutson, II_____
RMH:ltp                                                                                Standing Trustee

---

## NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **October 22, 2009**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: September 21, 2009                                                                                     OFFICE OF THE CLERK
                                                                                                          U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
B 09-81318 C-13D

Alice F. Lewis
12 Wetherburn Place
Durham, NC 27703

Clyde A. Wootton, Esq.
3200 Croasdaile Dr., Ste. 504
Durham, NC 27705

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Michael D. West, Esq.
U.S. Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402