C-13-20a(FTP)
(Rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF: )
)
Alice F. Lewis        SS#: xxx-xx-8970    )    No. B-09-81318 C-13D
) **ORDER**
)
Debtor(s) )

After notice and hearing in open Court on October 22, 2009, upon Motion to Dismiss by the Standing Trustee, and for sufficient reasons appearing, the presiding Judge in open Court directed that the Clerk enter the following Order of Dismissal; therefore, it is

ORDERED that this case is dismissed prior to confirmation of a plan upon the grounds stated in the Motion to Dismiss; and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $.50 per notice plus $75.00 for expenses with the balance of the funds to be disbursed pursuant 11 U.S.C. §1326(a)(2).

PARTIES TO BE SERVED
PAGE 1 OF 1
B-09-81318 C-13D

Alice F. Lewis
12 Wetherburn Place
Durham, NC 27703

Clyde A. Wootton, Esq.
3200 Croasdaile Dr., Ste. 504
Durham, NC 27705

Richard M. Hutson, II, Esq.
Standing Trustee
Post Office Box 3613
Durham, NC 27702

Michael D. West, Esq.
U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402